**SEYMOUR & ASSOCIATES**

ATTORNEYS AT LAW

MAILING ADDRESS:
Post Office Box 211003
Augusta, Georgia 30917-1003

OFFICE LOCATIONS:
101-B Rossmore Place
Augusta, GA 30906

Angie W. Seymour
Guy H. Seymour, Jr.

Telephone:  (706) 868-1968
Facsimile:   (706) 868-8009
Email: angieseymour@knology.net

January 6, 2016

Honorable Clerk of Court
United States Bankruptcy Court
P. O. Box 1487
Augusta, GA 30903

Re:    *Tiffany Nolla*

Case Number: 11-10496-SDB

Dear Clerk of Court:

Please be advised of the following mailing address change for the above named debtor.

418 Greene St.
Upstairs Apt.
Augusta, GA 30901

If you need any additional information, please contact me.

Sincerely,

s/Angela Williams Seymour
Angela Williams Seymour
Attorney At Law

CC: Todd Boudreaux